# Court of Appeals
# of the State of Georgia

ATLANTA, May 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0325. DANNY RAY DUNN v. CARYN ALISSA DUNN.**

On April 23, 2024, Danny Ray Dunn filed this application for discretionary appeal, seeking to appeal a September 14, 2021 order. We, however, lack jurisdiction because his application is untimely. To be timely, an application for discretionary review must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Danny Ray Dunn's instant application was untimely filed more than two years after entry of the order he seeks to appeal.[1] Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   05/10/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*                    , Clerk.

---

[1] See related case of *Dunn v. Dunn*, 363 Ga. App. 132 (871 SE2d 30) (2022).